**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00256-CV**
_____

**THE CITY OF BEAUMONT, Appellant**

**V.**

**TARGET CORPORATION, Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Jefferson County, Texas**
**Trial Cause No. 120123**

---

**MEMORANDUM OPINION**

The appellant, The City of Beaumont, filed a motion to dismiss this accelerated appeal. The motion is voluntarily made by the appellant prior to any decision of this Court. *See* Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal. We grant the motion and dismiss the appeal.

APPEAL DISMISSED.


_____
STEVE McKEITHEN
Chief Justice

Submitted on August 24, 2016
Opinion Delivered August 25, 2016

Before McKeithen, C.J., Kreger and Horton, JJ.